**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1394

RONALD E. JARMUTH,

                              Plaintiff - Appellant,

        versus

CHARLES SCHWAB AND COMPANY,

                              Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief District Judge.  (CA-03-80-1)

Submitted:  June 2, 2004              Decided:  June 16, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald E. Jarmuth, Appellant Pro Se.  Thomas Ryan Goodwin, GOODWIN & GOODWIN, L.L.P., Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald E. Jarmuth appeals the district court's order granting summary judgment for Charles Schwab on his action filed under the Securities Exchange Act of 1934, 15 U.S.C. § 78j (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jarmuth v. Charles Schwab & Co., No. CA-03-80-1 (N.D.W. Va. Mar. 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -